UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN KENNEDY,<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 2:24-cv-02223-APG-DJA<br><br>ORDER |

　　　　Plaintiff Kevin Kennedy ("Plaintiff") files a motion for enlargement of time. (ECF No. 9 at 1.) In its screening order, the Court dismissed the complaint and allowed Plaintiff until August 20, 2025, to file an amended complaint. (ECF No. 6 at 6.) In his motion, Plaintiff requests an additional 30 days to file an amended complaint because he was unexpectedly transferred to another prison, and it has been difficult receiving his property and legal documents. (ECF No. 9 at 1.)

　　　　For good cause shown, IT IS ORDERED that Plaintiff's motion for enlargement of time (ECF No. 9) is GRANTED.

　　　　IT IS FURTHER ORDERED that Plaintiff shall file an amended complaint by **September 22, 2025**.

　　　　IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice for failure to state a claim.

　　　　DATED THIS 21st day of August 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE