UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN KENNEDY,<br><br>　　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　Defendants | Case No. 2:24-cv-02223-APG-DJA<br><br>ORDER |

　　　It appears that Plaintiff Kevin Kennedy ("Plaintiff") files a motion for enlargement of time (ECF No. 11) that is identical to the motion (ECF No. 9) that the Court granted in its last order. (ECF No. 10.) Therefore, because the motion (ECF No. 11) is duplicative of one that the Court already granted, the Court **DENIES** it without prejudice. As stated in the last order (ECF No. 10), Plaintiff shall have until **September 22, 2025**, to file an amended complaint. If he fails to file an amended complaint by that deadline, the Court will dismiss this action without prejudice for failure to state a claim. The Clerk of the Court shall send Plaintiff a copy of the docket sheet.

　　　DATED THIS 3rd day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE